No. 93–9242. SANDS ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 93–9245. STUCKEY *v.* DELO, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 93–9247. WARREN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–9248. SANDERS *v.* NORTH CAROLINA ET AL. C. A. 4th Cir. Certiorari denied.

No. 93–9249. HORNER *v.* UNITED STATES; and
No. 93–9397. JULIAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–9250. JONES *v.* IDAHO. Ct. App. Idaho. Certiorari denied.

No. 93–9251. HAYES *v.* BURTON, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 93–9256. BERRY *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 93–9258. LYNCH ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–9259. MCKENZIE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 93–9260. MORAN *v.* WHITLEY, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 93–9263. SHELTON *v.* LORUSSO, JUDGE, ET AL. C. A. 2d Cir. Certiorari denied.

No. 93–9264. SHELTON *v.* ESTATE OF FREEMAN. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 93–9265. PONCE-SANTOYO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–9268. MEREDITH *v.* GEORGIA. Ct. App. Ga. Certiorari denied.